```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         JACKSON DIVISION
```

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**                               **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 3:10-cv-540-WHB-LRA**

**PERFORMANCE DRILLING COMPANY, LLC**                                    **DEFENDANT**

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure, and with the Consent Decree entered on September 25, 2012, this case is hereby dismissed with prejudice.

SO ORDERED this the 26th day of September, 2012.

                                            s/William H. Barbour, Jr.
                                            UNITED STATES DISTRICT JUDGE